RECEIVED
AND FILED

UNITED STATES BANKRUPTCY COURT₂ PM '11

DISTRICT OF NEVADA

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

\* \* \* \* \* \*

In re: JESUS C. RODRIGUEZ
aka JESUS RODRIGUEZ,

                         Debtor(s).

)
)
)
)
)
)
)
)
)

Bankruptcy No.: 11-18485
Chapter 13

CLERK'S ACCEPTANCE AND
TRANSMITTAL OF RENT DEPOSIT

The debtor in the above captioned case filed a petition in this court on ___May 31, 2011_____. The debtor asserts an exception to the limitation of the automatic stay under 11 U.S.C. Section 362(l)(1), and a right to cure the pre-petition judgment under non-bankruptcy law.

Pursuant to 11 U.S.C. Section 362(l)(1)(B), the clerk has accepted from the debtor a deposit of rent in the amount of $ 200.00, which represents the rent that becomes due during the 30-day period after the filing of the bankruptcy petition. The clerk hereby transmits, by certified mail, the rent deposit to the following lessor, as listed on the debtor's petition:

Lessor:         CITIMORTGAGE INC.

Address:        15851 Clayton Road, MS-30  **Ballwin, MO 63011**

Money Order No.: 14-299338902

Date: June 1, 2011

U.S. Bankruptcy Court
Mary A. Schott, Clerk

_Carro Stucki_
Deputy Clerk

**WESTERN UNION** | **MONEY ORDER**

THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO VIEW

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER
Englewood, Colorado

Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

A 720559 D 053111
T 1123 04
142993389020 L 000139

**14-299338902**

$ **200.00**

PAY EXACTLY TWO HUNDRED DOLLARS AND NO CENTS

PAY TO THE ORDER OF *Citimortgage, Inc.*

PAYMENT FOR/ACCT. #

*1726 Nesting way LV, NV 89115* PURCHASER'S ADDRESS *Jesus Rodryuz*

PURCHASER'S SIGNATURE

*Deposit*

⑆102100400⑆ 401429933890 20⑆

RECEIVED AND FILED

Jun 2  1 42 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK