**Entered on Docket**
**November 18, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILLIAM A. LEONARD, JR.
6625 S. Valley View Blvd.
Bldg. B, Suite 224
Las Vegas, NV 89118
(702) 262-9322
TRUSTEE
JenniferBK@cox.net

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 11-18485 LBR |
| Jesus Rodriguez | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER DISMISSING CASE |
| Debtor(s) | Date: November 17, 2011<br>Time: 11:00 a.m.<br>Place: Foley Bldg., Third Floor |

The Trustee's Motion for an Order to Dismiss Case under 11 U.S.C. Sections 343, 521 and 707(a)(1) came on regularly for hearing on November 17, 2011, before a United States Bankruptcy Judge. WILLIAM A. LEONARD, JR., Trustee, appeared personally, and other appearances are as noted on the record. The Court finding that notice was given to the Debtor, Debtor's attorney, creditors, and all interested parties, no response having been filed or heard, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1

1. This Chapter 7 case is dismissed;

2. The Trustee is discharged from office, the Trustee's bond is exonerated and this case is ordered closed; and

3. The Clerk of the Court shall provide notice to all creditors and interested parties of the dismissal of this case.

Submitted by:

/s/ William A. Leonard, Jr.
WILLIAM A. LEONARD, JR
Trustee

In accordance with LR 9021, Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement set forth in LR 9021 (b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to response, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the documents]:

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order.

/s/ William A. Leonard, Jr

WILLIAM A. LEONARD, JR
Trustee

###

2